IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:21-CR-86-KAC-DCP |
| YASHAN T. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant's Motion to Continue Trial and Extend Deadlines [Doc. 17], filed on March 24, 2022. Defendant asks the Court to continue the April 12, 2022, trial date and extend all other dates and deadlines. The motion provides that additional discovery was so voluminous that defense counsel was asked to provide a 1 terabyte hard drive, which defense counsel received on March 16, 2022. The motion further provides that based upon the severity of the charges and the voluminous discovery, defense counsel needs additional time to review discovery, file and litigate pretrial motions, interview witnesses, and prepare the case for trial. The motion also indicates the parties are actively engaging in discussions regarding potential resolutions of this matter, and Defendant wishes to avoid interfering with those negotiations by filing potentially controversial motions. The motion relates that Defendant's counsel has discussed the need for a continuance with Defendant, and he agrees with the request. The motion further relates that the Government does not oppose the requested continuance. The parties have conferred with Chambers and agreed on a new trial date of October 11, 2022.

The Court finds Defendant's Motion to Continue Trial and Extend Deadlines [Doc. 17] is unopposed by the Government and well-taken. The Court also finds that the ends of justice served by granting a continuance outweigh the interest of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Based upon the representations in the motion, defense counsel needs additional time to review the voluminous discovery, file and litigate pretrial motions, interview witnesses, confer with the Government regarding a potential resolution of this matter, and otherwise prepare the case for trial. Thus, the Court concludes that without a continuance, Defendant would not have the reasonable time necessary to prepare for trial, even proceeding with due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Defendant's Motion to Continue Trial and Extend Deadlines [**Doc. 17**] is **GRANTED**. The trial of this case is reset to **October 11, 2022**. The Court finds that all the time between the filing of the motion on March 24, 2022, and the new trial date of October 11, 2022, is fully excludable time under the Speedy Trial Act for the reasons set forth herein. *See* 18 U.S.C. § 3161(h)(7)(A)–(B). The Court also sets a new schedule in this case, which is stated in detail below.

Accordingly, it is **ORDERED** as follows:

(1) Defendant's Motion to Continue Trial and Extend Deadlines [**Doc. 17**] is **GRANTED**;

(2) The trial of this matter is reset to commence on **October 11, 2022**, **at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) All time between the filing of the motion on **March 24, 2022**, and the new trial date of **October 11, 2022**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) The new deadline for filing pretrial motions is **April 11, 2022**, and responses will be due **April 25, 2022**. **Any necessary hearing on pretrial motions** will be set at a later date;

(5) The new deadline for filing a plea agreement in the record and providing reciprocal discovery is **September 12, 2022**;

(6) The parties are to appear before the undersigned for a final pretrial conference on **September 26, 2022, at 11:00 a.m.**;

(7) The deadline for filing motions *in limine* is **September 26, 2022**; and

(8) Requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4. shall be filed on or before **September 30, 2022.**

**IT IS SO ORDERED.**

ENTER:

*/s/ Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge